# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE DUSTIN FOGGO, AND BRENT ROGER WILKES,<br><br>Defendants. | Case No.: 07CR0329-LAB<br><br>ORDER CONTINUING HEARING DATE |

Having read and considered defendant Brent Wilkes's Ex Parte Application For Order Continuing Hearing Date, and the Declaration of Mark J. Geragos filed in support of that Application; and finding good cause to grant that Application; this Court hereby ORDERS that:

The July 2, 2007 hearing in the above-captioned action is hereby continued to July 9, 2007, at 2:00 p.m.

DATED: June 29, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07CR0329-LAB